```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
         AT SEATTLE
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-351M |
| Plaintiff, | |
| v. | |
| JOHN MARTIN MCCULLA, | DETENTION ORDER |
| Defendant. | |

Offense charged:

    Aggravated Identity Theft (two counts), Unauthorized Access Device Fraud, Social Security Fraud

Date of Detention Hearing: July 7, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has been indicted for the above listed offenses in the District of Oregon,

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01 case number CR 06-257. He has waived an identity hearing and an order of transfer has been
02 signed by this court.

03    (2)    In the Pretrial Services Report, criminal records are cited that reflect prior offenses
04 including DUI, reckless endangerment, possession of methamphetamine, and theft. A charge for
05 possession of stolen property in the second degree is pending in King County. A bench warrant
06 has been issued in Beaverton, Oregon for a failure to appear for a court hearing while he was in
07 custody in the King County Jail. The bench warrant is extradictable from Washington. The
08 pending charges in Oregon are for theft in the first degree, fraudulent use of a credit card (two
09 counts) and forgery in the second degree (two counts). Court records reflect that the defendant
10 is associated with one alias name, two dates of birth and two Social Security numbers.

11    (3)    The defendant does not contest detention at this time, based on the pending,
12 extradictable warrant from Oregon. He indicates he may request a detention review at his first
13 appearance in the District of Oregon.

14    (4)    The defendant poses a risk of nonappearance due to some conflicting information
15 about residential history, multiple personal identifiers, the new felony warrant and several pending
16 charges in King County, Washington, and outstanding warrant from Oregon for similar offenses.
17 He poses a risk of danger due to the nature of the charges and criminal history.

18    (5)    There does not appear to be any condition or combination of conditions that will
19 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
20 to other persons or the community.

21 It is therefore ORDERED:

22    (1)    Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>7th</u> day of July, 2006.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge